**Sarah L. WIECZOREK, Petitioner/Appellant,**

v.

**John Joseph WIECZOREK, Respondent/Respondent.**

**No. 65361.**

Missouri Court of Appeals, Eastern District, Division One.

Nov. 8, 1994.

Elizabeth W. Swann, Swann & Hendrix, O'Fallon, for appellant.

William W. Hollander, Wion & Hollander, P.C., Clayton, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Mother appeals that portion of the dissolution decree awarding primary custody of the parties' three year old son to father. We affirm. The judgment of the trial court is supported by substantial evidence and is not

against the weight of the evidence, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).